IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CROSS, | No. C 17-1049 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| D. K. SISTO, Warden, | (Dkt. Nos. 2, 4) |
| Respondent. / | |

    Petitioner, a California prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 challenging his criminal judgment from Alameda County Superior Court, convicting him of murder, assault, possession of f firearm, and sentence enhancements, and sentencing him to a term of 54 years to life in state prison. He has challenged the legality of the same conviction and sentence in a prior petition for a writ of habeas corpus filed in federal court. *See Cross v. Sisto,* No. C. 07-3941 WHA (PR). That petition was denied on the merits, and last year the United States Court of Appeals denied a certificate of appealability. Petitioner does not dispute these facts, but rather claims in the instant petition that there is newly discovered evidence demonstrating his innocence, that he should have an evidentiary hearing on that evidence, that he received ineffective assistance of counsel, and that there was a miscarriage of justice.

A petition for a writ of habeas corpus challenging the same state court judgment as a prior federal petition denied on its merits may not be filed in the district court unless the petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing the district court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such an order from the Ninth Circuit. There are no exceptions to this requirement for newly discovered evidence or a miscarriage of justice. Petitioner may bring those arguments in his request to the Ninth Circuit for authorization to file this successive habeas petition. The instant petition is **DISMISSED** without prejudice to refiling if petitioner obtains the necessary order from the Ninth Circuit.

Leave to proceed in forma pauperis is **GRANTED** due to petitioner's lack of funds.

No certificate of appealability is warranted in this case because a reasonable jurist would not find the dismissal of this petition debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May __10__, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE